# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT STOCK,<br><br>        Plaintiff,<br><br>vs.<br><br>ELIAS D. RODRIGUEZ, SR., and C.R. ENGLAND, INC., a Utah Corporation;<br><br>        Defendants. | 4:17CV3038<br><br>ORDER |

      This matter is before the Court on the parties' Notice of Mediation and Joint Motion to Amend Final Progression Order ([Filing No. 49](#)). The parties have scheduled mediation of this case for June 13, 2018, with Con M. Keating. The parties request 120-day extensions of the deadlines to disclose nonexpert witness and trial exhibits and to file non-*Daubert* motions in limine, and the final pretrial conference and trial dates. Upon review of the parties' Notice,

**IT IS ORDERED:**

1. On or before **June 18, 2018**, the parties shall notify the Court regarding the outcome of mediation.

2. The Final Pretrial Conference currently scheduled for July 9, 2018, and the Trial set to commence the week of July 30, 2018, are canceled. If mediation is unsuccessful, the Court will enter an amended final progression order with new deadlines for pretrial disclosures and non-*Daubert* motions in limine, and will re-set the Final Pretrial Conference and Trial dates in accordance with the parties' proposed deadlines.

    Dated this 31st day of May, 2018.

                                          BY THE COURT:

                                          s/ Michael D. Nelson<br>
                                          United States Magistrate Judge