# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT STOCK,<br><br>               Plaintiff,<br><br>vs.<br><br>ELIAS D. RODRIGUEZ, SR., and C.R. ENGLAND, INC., a Utah Corporation,<br><br>               Defendants. | **4:17CV3038**<br><br>**ORDER** |

This matter is before the Court on the joint Motion for Continuance (Filing No. 68). After consultation with counsel for the parties,

**IT IS ORDERED** that the Motion for Continuance (Filing No. 68) is granted, and the following deadlines shall apply:

1) The jury trial of this case is set to commence before Michael D. Nelson, United States Magistrate Judge, in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **October 15, 2019**, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference shall be held before the undersigned magistrate judge on **September 30, 2019**, at **12:30 p.m.**, and will be conducted in chambers, unless one or more attorneys request to appear via WebEx/Telephonic Conferencing. The parties' amended proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on September 20, 2019**.

3) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly. Defendants' Motion in Limine (Filing No. 64) is deemed withdrawn and may be re-filed in accordance with the deadline set in this order.

Dated this 15th day of July, 2019.

                                                      BY THE COURT:

                                                      s/ Michael D. Nelson
                                                      United States Magistrate Judge